IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JAMES CALVIN FRAZIER,       )
                            )
    Petitioner,             )
                            )        CIVIL ACTION NO.
    v.                      )          2:15cv919-MHT
                            )             (WO)
CYNTHIA STEWART, et al.,    )
                            )
    Respondents.            )

                          OPINION

    Pursuant to 28 U.S.C. § 2254, petitioner filed this
habeas-corpus case.  This lawsuit is now before the
court on the recommendation of the United States
Magistrate Judge that the habeas-corpus request be
denied as time-barred.  There are no objections to the
recommendation.  After an independent and de novo
review of the record, the court concludes that the
magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 5th day of February, 2018.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE